

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Jonathan F. Lenzner*  
*Acting United States Attorney*

*Tamera L. Fine*  
*Assistant United States Attorney*

*36 South Charles Street*  
*Fourth Floor*  
*Baltimore, Maryland 21201*

DIRECT: 410-209-4806  
MAIN: 410-209-4800  
FAX: 410-962-5130  
TTY/TDD: 410-962-4462

April 26, 2021

The Honorable Catherine C. Blake  
United States District Judge  
United States Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:    <u>*United States v. Ting Wei*</u>, Crim. No. 1:15-0581-CCB

Dear Judge Blake,

      I write on behalf of Gregg Bernstein, Mr. Wei's counsel, and the United States to provide the Court with a status report on this case. With Mr. Bernstein's consent, the United States is sending agents to locate his client, provide Mr. Bernstein's contact information, and instruct Mr. Wei to call his attorney.

      With leave of the Court, the parties will provide a further status report in 30 days.

Very truly yours,

Jonathan F. Lenzner  
Acting United States Attorney

By:   /s/                        
     Tamera L. Fine  
     Assistant United States Attorney

APPROVED:

_____               _____  
Hon. Catherine C. Blake                                          Date  
United States District Judge